IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

            vs.                   *   CRIMINAL NO. MJG-11-0095

JOHN I. FRANKLIN, Jr., et al.     *

*      *      *      *      *      *      *      *      *

MEMORANDUM AND ORDER OF JANUARY 27, 2012

For reasons stated on the record of proceedings held

January 26, 2012, subject to supplementation hereafter:

1. The Motion to Suppress Tangible and Derivative
   Evidence Filed by Defendant Franklin [Document
   47] is DENIED.

2. The Motion to Suppress Statement filed by
   Defendant Franklin [Document 64] is DENIED.

3. The Motion In Limine to Preclude Expert Testimony
   Regarding Fingerprint Recovery Statistics
   [Document 113] remains pending.

   a. Government counsel shall, by Thursday,
      February 2, 2012 provide a written proffer
      of the direct testimony to be offered by the
      witness and citation to any pertinent legal
      authority.

   b. The Court may require the initial
      presentation of the said expert testimony to
      the Court prior to a ruling on the motion.

   c. The Government shall not refer to the
      proposed testimony to the jury prior to the
      determination of the instant motion.

   d. The Court will consider, in light of the
      evidence at trial, whether any specific
      instruction will be given regarding such
      expert testimony as may be admitted.

4. By agreement of the parties, stated on the record, trial shall proceed on the Superseding Indictment pursuant to existing scheduling.


SO ORDERED, this <u>Friday, January 27, 2012</u>.



_____/s/_____
Marvin J. Garbis
United States District Judge