```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA           *

      vs.                          *   CRIMINAL NO. MJG-11-0095

JOHN I. FRANKLIN, Jr., et al.      *

\*     \*     \*     \*     \*     \*     \*     \*     \*

## MEMORANDUM AND ORDER

The Court has before it the Motion to Withdraw as Counsel filed by Charles Curlett, Esquire [Document 164]. The Court finds that neither a response nor a hearing is necessary.

As stated on the record of proceedings held this date, it is appropriate for Defendant Franklin to be represented by new counsel on appeal.

Accordingly:

1. The Motion to Withdraw as Counsel filed by Charles Curlett, Esquire [Document 164] is GRANTED.

2. However, Charles Curlett, Esquire and/or Ian Wallach, Esquire shall facilitate the timely filing of a Notice of Appeal after the entry of Judgment in the instant case.

3. Upon the filing of said Notice of Appeal, Charles Curlett, Esquire and Ian Wallach, Esquire shall cease to be counsel for Defendant Franklin.

SO ORDERED, this Friday, April 13, 2012.

                                                  _____/s/_____
                                                    Marvin J. Garbis
                                           United States District Judge